**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **JUAN JOSE CARACHURE SANTAMARIA and CESAR ANTONIO RAMOS JAIME,** | ) ) ) | |
| | ) | |
| **Individually on behalf of themselves and on behalf of all others similarly situated,** | ) ) ) | **CIVIL ACTION CASE NO. 3:23-cv-00396-RCY** |
| | ) | |
| **PLAINTIFFS,** | ) | |
| **v.** | ) | |
| | ) | |
| **VIRGINIA AGRICULTURAL GROWERS ASSOCIATION, INC., BASKERVILLE FARMS, INC., and DUSTY ROAD FARMS, INC.,** | ) ) ) ) ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

---

**JOINT NOTICE OF SETTLEMENT**

---

Plaintiffs, by and through counsel, and Defendants (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly file this notice to inform the Court that the Parties have reached a settlement of this matter and expect to present a written settlement agreement to the Court for approval within the next 30 days.

Dated:  February 14, 2024                          Respectfully submitted,


/s/ Zev Antell                                             /s/Theresa M. Connolly
Craig Juraj Curwood (VSB No. 43975)        Theresa M. Connolly
Zev H. Antell (VSB No. 74634)                   Virginia Bar No. 472190
Samantha Galina (VSB No. 96981)             Martin B. Heller
**BUTLER CURWOOD, PLC**                       Georgia Bar No. 360538

140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: craig@butlercurwood.com
       zev@butlercurwood.com
       samantha@butlercurwood.com

Rachel C. McFarland (VSB No. 89391)
Jason B. Yarashes (VSB No. 90211)
Kristin Donovan (VSB No. 92207)
**LEGAL AID JUSTICE CENTER**
1000 Preston Avenue, Suite A
Charlottesville, Virginia 22903
Telephone: (434) 529-1813
Facsimile: (434) 977-0558
Email: rmcfarland@justice4all.org
       jasony@justice4all.org
       kristin@justice4all.org

*Attorneys for Representative Plaintiffs and*
*Putative Collective/Class Members*

Pro Hac Admitted
Josh Viau
Georgia Bar No. 378557
Pro Hac Admitted

**FISHER & PHILLIPS LLP**

8200 Greensboro Drive, Suite 900
McLean, Virginia 22102
Telephone: (703) -682-7095
Facsimile:  (404) 240-4249
Email: tconnolly@fisherphillips.com

1230 Peachtree Street NE
Suite 3300
Atlanta, Georgia 30309
Telephone: (404) 240-4146
Facsimile: (404) 932-4887
Email: mheller@fisherphillips.com
       jviau@fisherphillips.com

**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 14th day of February 2024, I caused a copy of the foregoing Joint Notice of Settlement to be served through the Court's Electronic Case Filing (ECF) system on all counsel of record:

                                    */s/ Zev Antell*
                                    Zev Antell