IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JUAN JOSE CARACHURE SANTAMARIA and CESAR ANTONIO RAMOS JAIME,<br><br>Individually on behalf of themselves and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>VIRGINIA AGRICULTURAL GROWERS ASSOCIATION, INC., BASKERVILLE FARMS, INC., and DUSTY ROAD FARMS, INC.,<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION CASE NO.<br>)    3:23-cv-00396-RCY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S UNOPPOSED MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT

Plaintiffs Juan Jose Carachure Santamaria ("Santamaria") and Cesar Antonio Ramos Jaime ("Jaime") (collectively "Named Plaintiffs") on behalf of themselves and all others similarly situated, ("Plaintiffs") and Virginia Agricultural Growers Association, Inc. ("VAGA"), Baskerville Farms, Inc., and Dusty Road Farms, Inc. (together, referred to as the "Defendants") (collectively the "Parties"), by their respective counsel, respectfully move this Court to approve their Settlement Agreement ("Agreement") in this matter for the reasons more fully set forth in the accompanying memorandum of law.

If the Court approves the Settlement, the Claims Administrator selected by the Parties will distribute the Notice of the Settlement and accompanying forms.

## CONCLUSION

Wherefore the parties request that the Court approve the settlement and in the event that the settlement is approved, the Parties asks that this Court dismiss the action *with prejudice* and retain jurisdiction in this matter.

Respectfully submitted,

*/s/ Craig Juraj Curwood*
Craig Juraj Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)
Samantha R. Galina (VSB No. 96981)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: (804) 648-4848
Fax: (804) 237-0413
Email: craig@butlercurwood.com
          zev@butlercurwood.com
          samantha@butlercurwood.com


Rachel C. McFarland (VSB No. 89391)
Jason B. Yarashes (VSB No. 90211)
Kristin Donovan (VSB No. 92207)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, Virginia 22903
Telephone: (434) 529-1813
Fax: (434) 977-0558
Email: RMcFarland@justice4all.org
          jasony@justice4all.org
          kristin@justice4all.org

***Attorneys for Representative Plaintiffs and Putative Collective/Class Members***

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 5, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                       */s/ Craig Juraj Curwood*
                                       Craig Juraj Curwood (VSB No. 43975)