IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JUAN JOSE CARACHURE SANTAMARIA, *et al.*,<br>　　Plaintiffs,<br><br>　　　　v.<br><br>VIRGINIA AGRICULTURAL GROWERS ASSOCIATION, INC., *et al.*,<br>　　Defendants. | Civil Action No. 3:23CV396 (RCY) |

**ORDER**

This matter is before the Court on the Plaintiffs' Unopposed Motion to Approve Collective Action Settlement ("Unopposed Motion") (ECF No. 21). For the reasons stated from the bench at the May 16, 2024 settlement approval hearing, the Court GRANTS the Unopposed Motion (ECF No. 21) and APPROVES the Settlement Agreement. Further, pursuant to the Settlement Agreement and the Unopposed Motion: (1) this action is dismissed with prejudice, and (2) the Court retains jurisdiction for purposes of enforcing the Settlement Agreement.

Let the Clerk send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ RCY
　　　　　　　　　　　　　　　　　　　　　　Roderick C. Young
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Richmond, Virginia
Date: May 16, 2024